

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-20-00589-CV

**IN RE Eloise and Ruben GUZMAN**

Original Mandamus Proceeding[1]

**ORDER**

On December 7, 2020, relators filed a petition for writ of mandamus. On February 17, 2021, we conditionally granted the petition. On March 2, 2021, real party in interest filed a "Motion for Emergency Stay and for Rehearing" asking this court to withdraw our order conditionally granting the petition for writ of mandamus, order the trial court to stay its proceedings, and grant her motion for rehearing. On March 3, 2021, we granted real party in interest's motion for stay and ordered the trial court proceedings to be stayed pending our disposition of the real party in interest's motion for rehearing. On April 1, 2021, we granted real party in interest's motion for rehearing, withdrew our February 17, 2021 opinion and order, and requested a response to the petition. The real party in interest filed a response to which relators replied.

We conditionally grant the petition for writ of mandamus and order the Honorable Bill Squires to, within fifteen days of this order, vacate his October 20, 2020 Order on Abatement. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Squires has failed to comply with this order.

The stay issued on March 3, 2021 is LIFTED.

It is so **ORDERED** on June 2, 2021.

_____
Rebeca C. Martinez, Chief Justice

---

[1] This proceeding arises out of Cause No. 2020-CV-0212, styled *Ruben Guzman and Eloise Guzman v. Mary A. Derrick and All Other Occupants*, pending in the County Court, Guadalupe County, Texas, the Honorable Bill Squires presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

Michael A. Cruz, Clerk of Court